IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,      )
                               )
v.                             )      CASE NO. CR496-064
                               )
THOMAS J. MCMILLAR,            )
                               )
       Defendant.              )
                               )

## O R D E R

The Court has received notice by the Clerk of Court that there is an existing property bond in this case. However, this case has concluded and there is no reason for the bond to continue to be in effect. As a result, the Clerk of Court is **DIRECTED** to cancel the Deed to Secure Debt on the property located at 26 Alfred Street, Savannah, Georgia, 31408. Further, the Clerk of Court is **DIRECTED** to send a copy of this order to the Clerk of the Superior Court of Chatham County. This Court requests that the Clerk of the Superior Court file this order under Thomas McMillar in the grantor index.

SO ORDERED this 8th day of March 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR -9 AM 8: 51
CLERK
SO. DIST. OF GA.